Mrs. Otto ORKIN and Mrs. Otto for the
Mrs., Inc., Plaintiffs-Appellants,

v.

ORKIN EXTERMINATING COMPANY,
Inc., Defendant-Appellee.

No. 29972

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 17, 1970.

Albert M. Horn, Atlanta, Ga., for plaintiffs-appellants.

Irving K. Kaler, Martin H. Rubin, Atlanta, Ga., for defendants-appellants; Kaler, Karesh, Rubin & Frankel, Atlanta, Ga., of counsel.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

---

UNITED STATES of America,
Plaintiff-Appellee,

v.

Mack Clifford PYLE, Defendant-Appellant.

No. 29754

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 16, 1970.

Rehearing Denied Oct. 22, 1970.

Ray C. Norvell, Atlanta, Ga., Harl C. Duffey, Jr., Rome, Ga., for appellant.

John W. Stokes, Jr., U. S. Atty., J. Owen Forrester, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).